MANUEL PENA
U.S.P./Prison Complex
Reg. No.: 19265-069
P.O. Box 3900
Adelanto, CA   92301


United States District Court
500 PEARL STREET, ROOM #120
New York, NY. 10007-1312


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MANUEL PENA<br><br>        Petitioner,<br><br><br>    v.<br><br><br>United States of America<br>        Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 00CR 36 RMB<br><br>PETITIONER'S REQUEST FOR A MODIFICATION/REDUCTION OF AN IMPOSED TERM OF IMPRISONMENT PURSUANT TO TITLE 18 U.S.C. §3582(c)(2) AND U.S.S.G. §1B1.10 |

Comes Now, MANUEL PENA    , the incarcerated, indigent and pro se Petitioner, and hereby moves this Honorable Court for an order granting a 2 level decrease from the Applicable Guideline range pursuant to Amendment 782 of the United States Sentencing Guidelines.

Petitioner was arrested for a violation of a "controled substance offense". Petitioner is currently serving a   LIFE sentence. Petitioner is at Criminal History Category    , and offense level   .


Ps form 3811, 7015 3010 0000 5264 6934

-1-

The Petitioner relies on Title U.S.C. §3582(c)(2), and the United States Sentencing Guidelines for modification or reduction of sentence.

Petitioner contends that when a defendant is eligible for a reduction in the term of imprisonment and such a reduction is not excluded by the U.S. Sentencing Guidelines policy statement, a court maust make two distinct determinations before deciding whether and to what extent to reduce a defendant's term of imprisonment under 18 U.S.C. §3582(c)(2). First, the court must recalculate the sentence under the amended U.S. Sentencing Guidelines.(Guidelines).

Second, a court must make before deciding whether and to what extent to reduce a defendant's term of imprisonment under 18 U.S.C. §3582(c)(2) is to decide whether, in its descretion, the court will elect to impose newly calcualted sentence under the amended U.S. Sentencing Guidelines (Guidelines) or retain the original sentence. In making that decision, the court considers the factors listed in 18 U.S.C. §3553(a), to the extent with the Guidelines policy statement.

Title 18 U.S.C. §3582(c), gives the court discretionary authority to reduce the term of imprisonment portion of a defendant's sentence under certain circumstances. Section 3582(c)(2) provides in pertinent part:

> (c) The court may not modify a term of imprisonment once it has been imposed except that--...(2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the sentencing commission pursuant to

PS form 3811, 7015 3010 0000 5264 6934

-2-

28 U.S.C. §994(o), upon motion by the defendant
[]..., the court may reduce the term of impri-
sonment, after considering the factors set forth
in section 3553(a) to the extent that they are
applicable, if such a reduction is consistant
with applicable policy statements issued by the
Sentencing Commission. 18 U.S.C. §3582(c)(2).
The relevant United States Sentencing Guidelines
(U.S.S.G.) policy statement here is U.S.S.G.
§1B1.10, as amended by Amendment 782 and effective
Nov. 1, 2014.

The United States Sentencing Guidelines §1B1.10 brings forth
"reduction in term of imprisonment as a result of amended guide-
line range (policy statement)".

Pursuant to U.S.S.G. §1B1.10(2) Authority. (1) In general.
In a case in which a defendant is serving a term of imprisonment,
and the guideline range applicable to that defendant has subseq-
uently been lowered as a result of an amendment to the Guidelines
Manual ---the court may reduce the defendant's term of imprison-
ment as provided by 18 U.S.C. §3582(c)(2). As required by 18
U.S.C. §3582(c)(2), any reduction in the defendant's term of im-
prisonment shall be consistant with this policy statement.

The Petitioner having commited an offense and being convicted
of a "controled substance offense". He respectfully requests that
this Honorable Court use its discretion and depart downward 2
(two) levels from the applicable guidelines range.

Considering such reduction, the Petitioner would be facing a
lower sentencing range. The Petitioner respectfully requests that
this court grant a two level reduction.

///

//

/ PS form 3811, 7015 3010 0000 5264 6934

-3-

Respectfully submitted this 13th day of September 2015.


*Manuel Peña*
For; MANUEL PENA
U.S.P/Prison Complex
Reg. No.:
P.O. Box 3900
Adelanto, CA   92301


/////

////

///

//

/


PS FORM 3811, 7015 3010 0000 5264 69 34


-4-



Mr.
#19265-054
UNITED STATES PENITENTIARY
P.O. Box-3900
Adelanto, CA. 92301

7015 3010 0000 5264 6934

SEP 22 2016
CLERK'S OFFICE
S.D.N.Y.

UNITED STATES DISTRICT COURT
500 Pearl, St. #120
New York, N.Y. 10007-1312